# Third District Court of Appeal

## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1148
Lower Tribunal No. 12-732
_____

**Charles J. Sibley, etc.,**
Appellant,

vs.

**In re: The Estate of Curtiss F. Sibley,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Rosa C. Figarola, Judge.

Charles J. Sibley, in proper person.

Law Offices of Louise T. Jeroslow and Louise T. Jeroslow, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Sibley v. Estate of Sibley</u>, 273 So. 3d 1062 (Fla. 3d DCA 2019), reh'g denied (May 9, 2019), review denied, SC19-821, 2019 WL 4054958 (Fla. Aug. 28, 2019).